UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK_____X

JANICE FOSS,

                          Plaintiff,

          -against-                           **NOTICE OF MOTION**

COCA-COLA ENTERPRISES INC; Defendant GENE      07 CV 1322 (JS)(WDW)
TALLMAN, in his individual and official capacity, BRIAN
WYNNE, in his individual and official capacity, SEENA
CUSHMAN, in her individual and official capacity,
MICHAEL VAN AKEN, in his individual and official capacity
and SUSAN GARRETT in her individual and official capacity,

                          Defendants.
_____X

           PLEASE TAKE NOTICE, that upon the annexed affidavit of Philip M. Halpern,

sworn to on June 25, 2007, the exhibit attached thereto, the affidavit of Michael R. Van Aken,

sworn to on June 25, 2007, the exhibits attached thereto, and the memorandum of law dated June

24, 2007, Defendants Coca-Cola Enterprises Inc. ("CCE"), Gene Tallman, Brian Wynne,

Michael Van Aken, and Susan Garrett (collectively, the "Defendants"),[1] will move this Court on

July 10, 2007 at 9:30 a.m. or as soon thereafter as counsel may be heard, before Judge Joanna

Seybert, U.S. Courthouse, 100 Federal Plaza, P.O. Box 944, Central Islip, New York 11722-

9014, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting

Defendants' motion to dismiss the complaint against various defendants and CCE on the grounds

that it fails to state a claim upon which relief can be granted and that Defendants and CCE are

entitled to judgment as a matter of law, together with such other, further and different relief as

the Court may deem just and proper in the circumstance and the costs and disbursements of this

motion.

---

[1] Defendant Seena Cushman has yet to be served with the Complaint or Amended Complaint.

Dated: White Plains, New York
June 25, 2007

COLLIER, HALPERN, NEWBERG,
NOLLETTI & BOCK, LLP

By:  S/Philip M. Halpern
Philip M. Halpern (PH 2658)
a Member of the firm
One North Lexington Avenue
15th Floor
White Plains, New York  10601
Telephone:  (914) 684-6800
Facsimile:  (914) 684-6986

MILLER & MARTIN PLLC

Bradford G. Harvey
(to be admitted *pro hac vice*)
832 Georgia Avenue
Suite 1000, Volunteer Building
Chattanooga, TN  37402
Telephone:  (423) 756-6600
Facsimile:  (423) 785-8293

Attorneys for Defendants
Coca-Cola Enterprises Inc., Gene Tallman,
Brian Wynne, Michael Van Aken, and
Susan Garrett