UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK_____X

JANICE FOSS,

                      Plaintiff,

-against-

COCA-COLA ENTERPRISES INC; Defendant GENE TALLMAN, in his individual and official capacity, BRIAN WYNNE, in his individual and official capacity, SEENA CUSHMAN, in her individual and official capacity, MICHAEL VAN AKEN, in his individual and official capacity and SUSAN GARRETT in her individual and official capacity,

                      Defendants.
_____X

**DOCKET NO.:CV-07-1322 (JS)(WDW)**

**AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS**

STATE OF NEW YORK    )
COUNTY OF WESTCHESTER  ) ss.:

        MICHAEL R. VAN AKEN, being duly sworn, deposes and says:

    1.    I am Vice President of Human Resources for the Northeast Business Unit of Coca-Cola Enterprises Inc. ("CCE").

    2.    Attached hereto as <u>Exhibit A</u> is a true and correct copy of Janice Foss' Application for Employment maintained during the ordinary course of business.

    3.    Attached hereto as <u>Exhibit B</u> is a true and correct copy of CCE's Code of Business Conduct maintained during the ordinary course of business.

    FURTHER AFFIANT SAITH NOT.

                              _____
                              MICHAEL R. VAN AKEN

Sworn to and subscribed before me
this 25 day of June, 2007.

VanAkenAff.doc

*Patricia J. Grieshammer*

PATRICIA J GRIESHAMMER
Notary Public - State of New York
NO. 01GR6068595
Qualified in Westchester County
My Commission Expires 01/07/2010