**COLLIER, HALPERN, NEWBERG, NOLLETTI & BOCK, LLP**
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
(914) 684-6800
FAX (914) 684-6986
http://www.chnnb.com

WALLACE BOCK
WILLIAM J. COLLIER, JR. (ALSO CT)
PHILIP M. HALPERN (ALSO CT)
DAVID A. NEWBERG
HARRY J. NICOLAY, JR. (ALSO NJ)
JAMES J. NOLLETTI
SCOTT M. SALANT (ALSO MA)
PAUL D. SIRIGNANO

JOAN MARSHALL CRESAP (ALSO CT)
EFREM Z. FISCHER (ALSO NJ)
EVELYN L. GUEVARA
MATTHEW J. KLIEGER
JOSEPHINE MARRALI
KIMBERLY S. THOMSEN (ALSO CT)

LEWIS W. SIEGEL
    COUNSEL

August 23, 2007

NEW YORK OFFICE:
444 MADISON AVENUE - 27TH FLOOR
NEW YORK, NEW YORK 10022-6989
(212) 481-1300
FAX: (212) 696-4064

CONNECTICUT OFFICE:
1111 SUMMER STREET
STAMFORD, CT 06905
(203) 348-5255

NEW JERSEY OFFICE:
161 EAGLE ROCK AVENUE
ROSELAND, NEW JERSEY 07068
(973) 618-9770

PAUL J. MONSELL (1948-1993)
DONALD L. WALLACE (1925-2002)

**Via Federal Express**
Clerk of the Court
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    <u>Janet Foss v. Coca-Cola Enterprises Inc. et al; Index No. 07 CV 1322</u>

Dear Sir/Madam:

    Please be advised that the defendants in the above-captioned matter have electronically filed a motion for the admission of out-of-state attorneys Bradford G. Harvey and Ian K. Leavy <u>pro hac vice</u>. Pursuant to such motion, enclosed please find a check in the amount of $50.00 for the <u>pro hac vice</u> admission fee.

    Thank you for your attention to this matter.

Very truly yours,

Philip M. Halpern

PMH:ec
Encl.

cc:    Hon. William D. Wall
        Frederick K. Brewington, Esq.
        Bradford G. Harvey, Esq.