COLLIER, HALPERN, NEWBERG, NOLLETTI & BOCK, LLP
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
(914) 684-6800
FAX (914) 684-6986
http://www.chnnb.com

WALLACE BOCK
WILLIAM J. COLLIER, JR. (ALSO CT)
PHILIP M. HALPERN (ALSO CT)
DAVID A. NEWBERG
HARRY J. NICOLAY, JR. (ALSO NJ)
JAMES J. NOLLETTI
SCOTT M. SALANT (ALSO MA)
PAUL D. SIRIGNANO

JOAN MARSHALL CRESAP (ALSO CT)
EFREM Z. FISCHER (ALSO NJ)
EVELYN L. GUEVARA
MATTHEW J. KLIEGER
JOSEPHINE MARRALI
KIMBERLY S. THOMSEN (ALSO CT)

LEWIS W. SIEGEL
   COUNSEL

NEW YORK OFFICE:
444 MADISON AVENUE - 27TH FLOOR
NEW YORK, NEW YORK 10022-6989
(212) 481-1300
FAX: (212) 696-4064

CONNECTICUT OFFICE:
1111 SUMMER STREET
STAMFORD, CT 06905
(203) 348-5255

NEW JERSEY OFFICE:
161 EAGLE ROCK AVENUE
ROSELAND, NEW JERSEY 07068
(973) 618-9770

PAUL J. MONSELL (1948-1993)
DONALD L. WALLACE (1925-2002)

August 23, 2007

**Via Federal Express**
Hon. William D. Wall
Magistrate Judge
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722-9014

    Re:    <u>Janet Foss v. Coca-Cola Enterprises Inc. et al; Index No. 07 CV 1322</u>

Dear Judge Wall:

    Enclosed please find a courtesy copy of defendants' Notice of Motion to Admit Counsel <u>Pro Hac Vice</u>, and supporting Affidavits.

                              Very truly yours,

                              Philip M. Halpern

PMH:ec
Encl.

cc:    Frederick K. Brewington, Esq. (via fedex w/encls.)
        Bradford G. Harvey, Esq. (via fedex w/encls)