**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of May, two thousand and eleven,

---

| | |
|---|---|
| Janice Foss, | **ORDER** |
| Plaintiff - Appellant, | Docket Number: 11-1765 |
| v. | |
| Coca Cola Enterprises Inc., Gene Tallman, in his individual and official capacity, | |
| Defendants - Appellees, | |
| Brian Wynne, in his individual and official capacity, Seena Cushmann, in her individual and official capacity, Susan Garrett, in her individual and official capacity, Michael Van Aken, in his individual and official capacity, | |
| Defendants. | |

---

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

The stipulations are hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 05/16/2011**