UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JANICE FOSS,

                               Plaintiff,         07 Civ. 1322 (JS) (WDW)

          - against -             **SATISFACTION OF JUDGMENT**

COCA-COLA REFRESHMENTS USA, INC.
and GENE TALLMAN,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, a judgment was entered in the above action on the 27th day of July,

2011 in favor of Defendants Coca-Cola Refreshments USA, Inc. and Gene Tallman and against

Plaintiff Janice Foss in the amount of $4,817.10, and said judgment thereon having been fully

paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby

acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of

the full and complete satisfaction on the docket of said judgment.

Dated: White Plains, New York
       September 7, 2012

                             COLLIER, HALPERN, NEWBERG,
                             NOLLETTI & BOCK, LLP
                             Attorneys for Defendants

                      By:   _____
                             Philip M. Halpern
                             One North Lexington Avenue
                             White Plains, New York 10601
                             (914) 684-6800

STATE OF NEW YORK          )
                           )    ss.:
COUNTY OF WESTCHESTER      )

On the 7th day of September, 2012 before me personally came Philip M. Halpern,

to me known and known to be a member of the firm of Collier, Halpern, Newberg, Nolletti &

Bock, LLP, attorneys for defendants in the above-entitled action, and to be the same person

described in and who executed the within satisfaction of judgment and acknowledged to me that

he executed the same.

_____
Notary Public

Lisa M. Forienza
Notary Public, State of New York
No. 01FO6228740
Qualified in Westchester County
Commission Expires Sept. 27, 2014